IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR261 |
| | ) | |
| vs. | ) | |
| | ) | |
| MATTHEW W. MILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [21]. Counsel requests additional time to resolve this matter short of trial, the undersigned magistrate judge finds that good cause exists for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [21] is granted, as follows:

1. The jury trial, now set for September 20, 2022, is continued to **November 15, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 15, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** September 12, 2022

                                                  **BY THE COURT:**

                                                  **s/ Michael D. Nelson**
                                                  **United States Magistrate Judge**